# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD F. ZELLER,<br><br>        Plaintiff<br><br>    v.<br><br>SOUTH CENTRAL EMERGENCY MEDICAL SERVICES, INC., et al.,<br><br>        Defendants | CIVIL ACTION NO. **1:13-CV-2584**<br><br>(KANE, J.)<br>(MEHALCHICK, M.J.) |

## ORDER

AND NOW, this 20th day of May, 2014, the Court having been requested to resolve outstanding discovery disputes between the parties, and having heard from the parties on these issues, it is hereby **ORDERED**, for the reasons set forth in the Memorandum filed concurrently with this Order, as follows:

1. Plaintiff's motion for a protective order with regard to the subpoenas proposed by Defendants is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff is directed to respond completely, as outlined above, to Defendants' Interrogatory #9, and further to provide the information sought in Defendants' proposed subpoena to Plaintiff's current employer, within thirty (30) days from the date of this Order. Plaintiff's motion as to his current employer is therefore **GRANTED**, without prejudice to Defendants as outlined in the accompanying Memorandum. Plaintiff's motion with regard to Plaintiff's prospective employers is **DENIED**, and Defendants shall be allowed to issue the subpoenas, using the language proposed by Defendants in Doc. 19 at page 23.

2. Plaintiff is entitled to a first review of the results of the forensic examination of Plaintiff's email account. Plaintiff is directed to provide Defendants the username and password for Plaintiff's email account by **12:00 p.m. on Thursday, May 22, 2014**. Additionally, upon receipt of the results of the examination of Plaintiff's email account, Plaintiff is instructed to review and identify to Defendants, in good faith and in a timely manner, items responsive to Defendants' requests. Such review and identification should

  occur no later than one week following Plaintiff's receipt of the results of the search.

3. Plaintiff and Defendants shall share equally in the cost of restoring and searching of Plaintiff's emails, up to a maximum contribution by Plaintiff of One Thousand Five Dollars ($1500.00). Should either party wish to print or copy any of the results of the search, each party is to bear their own costs.

**Dated: May 20, 2014**　　　　　　　　　　　　　　　　*s/ Karoline Mehalchick*
　　　　　　　　　　　　　　　　　　　　　　　　　　**KAROLINE MEHALCHICK**
　　　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**